No. 172. Peitzman (now Riley) et al., doing business as U. S. Elevated Tank Maintenance Co., v. City of Illmo. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Whitworth Stokes* and *Jacob M. Lashly* for petitioners.

No. 174. Bassett v. Bassett. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Samuel Platt* for petitioner. *Mr. Clyde D. Souter* for respondent.

No. 175. Lincoln National Life Insurance Co. v. Custer. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Walter H. Eckert* for petitioner. *Messrs. David J. Kadyk* and *Leonard F. Martin* for respondent.

No. 176. North Dakota v. Szarkowski. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Alvin C. Strutz,* Attorney General of North Dakota, *P. O. Sathre* and *C. E. Brace,* Assistant Attorneys General, for petitioner. *Mr. Arthur L. Knauf* for respondent.

No. 239. North Dakota v. Stanton. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Alvin C. Strutz,* Attorney General of North Dakota, *P. O. Sathre*